**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | IPwe, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4014619 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2515 McKinney Avenue** **Suite 100B** **Dallas, TX 75201** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.ipwe.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | IPwe, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5182___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **IPwe, Inc.**                                                          Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____  When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

    Contact name _____

    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **IPwe, Inc.**                                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **IPwe, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2024
MM / DD / YYYY

X *Leann M. Pinto*
Signature of authorized representative of debtor

**Leann M. Pinto**
Printed name

Title   **CEO**

**18. Signature of attorney**

X *Ronald S. Gellert*
Signature of attorney for debtor

Date   01/24/2024
MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 425-5806**   Email address   **rgellert@gsbblaw.com**

**4259 DE**
Bar number and State

# IPWE, INC.

### Unanimous Written Consent of the Board of Directors
### Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware

The undersigned, being all of the directors of IPwe, Inc., a Delaware corporation (the "Corporation"), pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "General Corporation Law"), DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the resolutions set forth in Exhibits A hereto.

This Unanimous Written Consent may be executed in one or more counterparts. An electronic transmission expressing the consent of a director to the approval and adoption of the resolutions set forth herein shall be deemed the same as the delivery of an original counterpart.

The Secretary of the Corporation is hereby directed to file a signed copy of this Unanimous Written Consent, along with any electronic transmission or transmissions received by the Corporation expressing the consent of a director to the approval and adoption of the resolutions set forth herein, in the minute book of the Corporation.

**IN WITNESS WHEREOF**, each of the undersigned, constituting all of the directors of the Corporation, by execution of this Unanimous Written Consent on the date set forth below his or her respective name or by electronic transmission on the date such transmission is transmitted to the Corporation, hereby consents to the approval and adoption of the resolutions set forth herein.


Name:  Brian Berman
Date:   December 18, 2023

Name: Leann Pinto
Date: December 18, 2023

Name: Jane Mathieu
Date: December 18, 2023

Attest:

Howard Goodman
Secretary

## EXHIBIT A

    **WHEREAS**, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts, the options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation;

    **NOW, THEREFORE, BE IT**:

    **RESOLVED**, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 11, Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code"); and be it further

    **RESOLVED**, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 11, Subchapter V of the Bankruptcy Code (the "Subchapter V Case"), and to commence the Subchapter V Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of her discretion and professional expertise; and be it further

    **RESOLVED,** that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 11, Subchapter V of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 11, Subchapter V as is deemed appropriate; and be it further

    **RESOLVED**, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general reorganization counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC; and be it further

    **RESOLVED**, that the Corporation shall retain an affiliate of Erich Spangenberg as the debtor in possession lender to the Corporation to provide monetary support and fund operations during pendency of the Subchapter V Case; and in connection therewith, the Authorized Officer is hereby authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, and to cause to be filed any appropriate applications or documents to retain the services of said affiliate; and be it further

    **RESOLVED**, that the Corporation shall employ, subject to any requisite bankruptcy court approval, such other professionals and persons as the Authorized Officer determines are

necessary in order to conduct the Subchapter V Case and to operate the business while subject to the jurisdiction of the Bankruptcy Court; and be it further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Subchapter V Case and to effectuate a reorganization or liquidation of the Corporation as is deemed appropriate; and be it further

**RESOLVED**, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

# IPWE, Inc.

### Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| WF #198-5399490 | 49.54 |
| WF #346-4838865 | 1.00 |
| **Total Bank Accounts** | **$50.54** |
| Accounts Receivable | |
| Accounts Receivable | 27,565.00 |
| **Total Accounts Receivable** | **$27,565.00** |
| Other Current Assets | |
| Investment in IPwe Capital Partners | 20,000.00 |
| Prepaid Dues and Subscriptions | 149,735.54 |
| Prepaid Expenses | |
| Prepaid Expenses - SmartPool Founding Member Revenue Share | 40,000.01 |
| **Total Prepaid Expenses** | **40,000.01** |
| Prepaid Insurance | 31,618.65 |
| Prepaid Licenses | 0.85 |
| Retainer - BMS Performance | 37,175.37 |
| Retainer - FRORIEP | 5,274.71 |
| Retainer - Marcum LLP | 8,240.00 |
| Undeposited Funds | 250,000.00 |
| **Total Other Current Assets** | **$542,045.13** |
| **Total Current Assets** | **$569,660.67** |
| Fixed Assets | |
| Accumulated Depreciation | -13,749.47 |
| Fixed Asset -  Furniture - China | 12,000.00 |
| Fixed Asset Computers | 7,789.59 |
| Furniture & Fixtures | 2,607.47 |
| Office Equipments | 18,156.13 |
| **Total Fixed Assets** | **$26,803.72** |
| Other Assets | |
| Accumulated Amortization | -4,932.89 |
| CAIP Platform | 416,722.53 |
| CSPR Tokens | 26,789.80 |
| Investment in Global Patent Registry Foundation | 51,100.40 |
| Investment in IPwe HK Limited | 3,484.72 |
| Investment in IPwe Japan | 177,569.84 |
| Investment in IPwe RM | 233,811.24 |
| Investment in IPwe SAS | 83,009.82 |

# IPWE, Inc.

### Balance Sheet

As of December 31, 2023

| | TOTAL |
|---|---|
| Platform Design | 1,984,023.00 |
| **Total Other Assets** | **$2,971,578.46** |
| **TOTAL ASSETS** | **$3,568,042.85** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | -124,000.00 |
| **Total Accounts Payable** | **$ -124,000.00** |
| Credit Cards | |
| AmEx x88003 | 21,420.87 |
| Brex | -1,098.21 |
| **Total Credit Cards** | **$20,322.66** |
| Other Current Liabilities | |
| 401(k) loan repayment | 840.00 |
| Accrued Expenses | 50,000.00 |
| Accrued Interest | 79,059.10 |
| Convertible Promissory Note - Ripcord | 983,000.00 |
| Deferred Revenue | 4,291.00 |
| EIDL Loan | 130,513.00 |
| Expense Reimbursement Liability | -47,179.39 |
| Loan Payable - Long Term | -985,859.00 |
| Loan Payable - Short Term | 1,030,859.00 |
| Note Payable - Eleven Managers LLC | -750,000.00 |
| Note Payable - Granicus IP, LLC | 828,620.51 |
| Note Payable - IPFS - Cyber Insurance | 4,125.05 |
| Note Payable - IPFS - D&O Insurance | -21,935.12 |
| Payroll Tax Liabilities | 5,050.16 |
| Stax Bill Deferred Revenue | 503,400.00 |
| **Total Other Current Liabilities** | **$1,814,784.31** |
| **Total Current Liabilities** | **$1,711,106.97** |
| **Total Liabilities** | **$1,711,106.97** |
| Equity | |
| Additional Paid-In-Capital | 3,226,394.96 |
| Common Stock | 504.11 |
| Preferred Convertible Stock | 20,062,377.72 |
| Retained Earnings | -20,126,673.81 |
| Net Income | -1,305,667.10 |
| **Total Equity** | **$1,856,935.88** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,568,042.85** |

# IPWE, Inc.

## Profit and Loss

December 2023

|  | TOTAL |
|---|---|
| Income |  |
| **Total Income** |  |
| GROSS PROFIT | **$0.00** |
| Expenses |  |
| General and Administrative |  |
| Advertising and Promotion | 11,200.00 |
| Bank Service Charges | 169.30 |
| Personnel |  |
| Payroll Service Fees | 554.24 |
| **Total Personnel** | **554.24** |
| Professional Fees |  |
| Accounting | 39.00 |
| **Total Professional Fees** | **39.00** |
| **Total General and Administrative** | **11,962.54** |
| Interest Expense | 352.26 |
| Unapplied Cash Bill Payment Expense | -11,200.00 |
| **Total Expenses** | **$1,114.80** |
| NET OPERATING INCOME | **$ -1,114.80** |
| NET INCOME | **$ -1,114.80** |

# IPWE, Inc.

## Statement of Cash Flows

December 2023

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | -251,601.67 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable | 250,486.87 |
| EIDL Loan | -731.00 |
| Note Payable - Granicus IP, LLC | 4,000.00 |
| Note Payable - IPFS - Cyber Insurance | -982.88 |
| Note Payable - IPFS - D&O Insurance | -2,465.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **250,307.99** |
| **Net cash provided by operating activities** | **$ -1,293.68** |
| NET CASH INCREASE FOR PERIOD | **$ -1,293.68** |
| Cash at beginning of period | 251,344.22 |
| CASH AT END OF PERIOD | **$250,050.54** |

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____, 2022, ending _____, 20 ____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | TYPE OR PRINT | Name | B Employer identification number |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) ☐ | | | IPWE, INC. | 82-4014619 |
| b Life/nonlife consolidated return . ☐ | | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) . ☐ | | | 2633 MCKINNEY AVENUE STE 130-740 | 01/10/2018 |
| 3 Personal service corp. (see instructions) ☐ | | | City or town, state or province, country, and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached ☐ | | | DALLAS          TX 75204 | $ 3,472,730 |

E Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . | 1a | 379,000 | |
| | b | Returns and allowances . . . . . . . . . | 1b | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | 1c | 379,000 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | 3 | 379,000 |
| | 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | 9 | |
| | 10 | Other income (see instructions—attach statement) . . . . . . . . . | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . | 11 | 379,000 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . | 12 | |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . | 13 | 1,165,273 |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . | 14 | |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 180 |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . | 17 | 95,748 |
| | 18 | Interest (see instructions) . . . . . . . . . . . . . . . . . . | 18 | 5,399 |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . | 20 | |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . | 22 | 126,355 |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . | 23 | 25,282 |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . | 24 | 919 |
| | 25 | Reserved for future use . . . . . . . . . . . . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement)    Other Deductions Statement | 26 | 4,332,355 |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . ▶ | 27 | 5,751,511 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . | 28 | -5,372,511 |
| | 29a | Net operating loss deduction (see instructions) . . . . | 29a | | |
| | b | Special deductions (Schedule C, line 24) . . . . . . | 29b | | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . | 30 | -5,372,511 |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . | 31 | 0 |
| | 32 | Reserved for future use . . . . . . . . . . . . . . . . . . . | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) . . . . . . | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . ▶ ☐ | 34 | |
| | 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed . | 35 | |
| | 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . | 36 | 0 |
| | 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax ▶                Refunded ▶ | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | CHIEF ACCT OFFICER | May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No |
|---|---|---|---|
| | | Title | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Howard M Goodman CPA | Howard M Goodman CPA | 11/14/2023 | | P01603448 |
| Firm's name ▶ Howard M Goodman CPA | | | Firm's EIN ▶ 81-1101569 | |
| Firm's address ▶ 5900 S Lake Forest Drive Suite 300 McKinney TX 75070 | | | Phone no. (469)500-8461 | |

For Paperwork Reduction Act Notice, see separate instructions.   REV 07/14/23 PRO

Form **1120** (2022)

BAA

Form 1120 (2022)                                                                                                                 Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . | | | |

REV 07/14/23 PRO                                                                                                       Form **1120** (2022)

Form 1120 (2022) | Page **3**

## Schedule J  Tax Computation and Payment (see instructions)

### Part I—Tax Computation

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▸ ☐ | | |
| 2 | Income tax. See instructions | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | |
| b | Credit from Form 8834 (see instructions) | **5b** | |
| c | General business credit (attach Form 3800) | **5c** | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | |
| e | Bond credits from Form 8912 | **5e** | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | **9f** | |
| g | Other (see instructions—attach statement) | **9g** | |
| 10 | **Total.** Add lines 9a through 9g | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 0 |

### Part II—Reserved For Future Use

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

### Part III—Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | **13** | |
| 14 | 2022 estimated tax payments | **14** | |
| 15 | 2022 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | **20a** | |
| b | Form 4136 | **20b** | |
| c | Reserved for future use | **20c** | |
| d | Other (attach statement—see instructions) | **20d** | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | **23** | |

REV 07/14/23 PRO

Form **1120** (2022)

Form 1120 (2022) <span style="float:right">Page **4**</span>

## Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| **1** | Check accounting method:  **a** ☐ Cash    **b** ☒ Accrual    **c** ☐ Other (specify) _____ | | |
| **2** | See the instructions and enter the: | | |
| **a** | Business activity code no. 541990 | | |
| **b** | Business activity TECHNOLOGY | | |
| **c** | Product or service TECHNOLOGY | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? | | × |
| | If "Yes," enter name and EIN of the parent corporation _____ | | |

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G)  .   .   .   .   .   | × |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)   .   | × |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | × |

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| IPWE (FRANCE) | FOREIGNUS | FR | 100. |
| IPWE FINANCIAL TECHNOLOGY (QINGDAO) CO | FOREIGNUS | CH | 100. |
| IPWE CAPITAL PARTNERS LLC | 88-2941171 | US | 100. |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | × |

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316  .   .   .   .   .   .   .   .   | × |

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?   .   | × |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned _____  and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

**8** Check this box if corporation issued publicly offered debt instruments with original issue discount  .   .   .   .   ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)   85

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)  .   ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   $10,291,682.

Form **1120** (2022)

Form 1120 (2022) — Page **5**

## Schedule K    Other Information *(continued from page 4)*

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | × | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | × |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | × |
| 20 | Is the corporation operating on a cooperative basis? | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | × |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | × |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | × |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | × |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . $ _____ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | × |
| | Percentage: By Vote _____   By Value _____ | | |

REV 07/14/23 PRO

Form **1120** (2022)

Form 1120 (2022)

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 698,386. | | 655,131. |
| 2a | Trade notes and accounts receivable | 17,500. | | 40,500. | |
| b | Less allowance for bad debts | ( ) | 17,500. | ( ) | 40,500. |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | 64,060. | | 64,060. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | 263,632. | | 263,632. |
| 10a | Buildings and other depreciable assets | 40,553. | | 40,553. | |
| b | Less accumulated depreciation | ( 13,749.) | 26,804. | ( 13,749.) | 26,804. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 2,400,746. | | 2,400,746. | |
| b | Less accumulated amortization | ( 4,933.) | 2,395,813. | ( 4,933.) | 2,395,813. |
| 14 | Other assets (attach statement) | | 26,790. | | 26,790. |
| 15 | Total assets | | 3,492,985. | | 3,472,730. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 | Accounts payable | | 2,204,561. | | 2,661,829. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 1,361,128. | | 1,112,059. |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 511,801. | | 651,528. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: **a** Preferred stock | 13,646,388. | | 19,812,380. | |
| | **b** Common stock | 504. | 13,646,892. | 504. | 19,812,884. |
| 23 | Additional paid-in capital | | 3,226,395. | | 2,064,733. |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | -17,457,792. | | -22,830,303. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 3,492,985. | | 3,472,730. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -5,372,511. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | 0. | | Tax-exempt interest $ _____ | |
| 3 | Excess of capital losses over capital gains | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation $ _____ | |
| a | Depreciation $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ _____ | | 9 | Add lines 7 and 8 | |
| | _____ | | 10 | Income (page 1, line 28)—line 6 less line 9 | -5,372,511. |
| 6 | Add lines 1 through 5 | -5,372,511. | | | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -17,457,792. | 5 | Distributions: **a** Cash | |
| 2 | Net income (loss) per books | -5,372,511. | | **b** Stock | |
| 3 | Other increases (itemize): _____ | | | **c** Property | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -22,830,303. | 8 | Balance at end of year (line 4 less line 7) | -22,830,303. |

Form **1120** (2022)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions on page 2.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| IPWE, INC. | 82-4014619 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| ELS 1960 FAMILY LP | 82-2954186 | Partnership | US | 26.9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| ERICH SPANGENBERG | ████████ | US | 27.2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120. BAA**

REV 07/14/23 PRO

**Schedule G (Form 1120) (Rev. 12-2011)**

Form **5471**

(Rev. December 2022)

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01 , 20 22 , and ending 12/31 , 20 22

Attachment Sequence No. **121**

| Name of person filing this return | A Identifying number |
|---|---|
| IPWE, INC. | 824014619 |

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
2633 MCKINNEY AVENUE STE 130-740

**B** Category of filer (See instructions. Check applicable box(es).):
1a☒ 1b☐ 1c☐ 2☐ 3☐ 4☐ 5a☐ 5b☐ 5c☐

City or town, state, and ZIP code
DALLAS,TX 75204

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period _____%

Filer's tax year beginning 01/01 , 20 22 , and ending 12/31 , 20 22

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . ☐

**E** Check box if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . ☐

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . ☐

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . _____

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| | | | | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information* **must** *be in English. All amounts* **must** *be stated in U.S. dollars unless otherwise indicated.*

| **1a** Name and address of foreign corporation | **b(1)** Employer identification number, if any |
|---|---|
| IPWE (FRANCE)<br><br>91 RUE DU FAUBORG ST HONORE<br>PARIS,France 75008 | **b(2)** Reference ID number (see instructions)<br>A001<br><br>**c** Country under whose laws incorporated<br>France |

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 06/25/2018 | FR | 541990 | TECHNOLOGY SUPPORT | EUR |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | **(i)** Taxable income or (loss) | **(ii)** U.S. income tax paid (after all credits) |
| | | |

| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| ABC LIV<br>38 RUE SERVAN - CEDEX 11<br>PARIS,France 75544 | AMANDA COMBRAY - TERRE DE CONSEIL<br>23-2 PLACE DE VERDUN<br>LANGRES,France 52200 |

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 1 | 1 |
| | | |
| | | |

For Paperwork Reduction Act Notice, see instructions.     **BAA**     REV 07/14/23 PRO     Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                                          Page **2**

## Schedule B   Shareholders of Foreign Corporation

### Part I   U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| IPWE INC<br>82-4014619<br>2633 MCINNEY AVE, STE 130-740<br>DALLAS,TX 75204 | COMMON | 1 | 1 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Part II   Direct Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA**                                    REV 07/14/23 PRO                     Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)

Page **3**

## Schedule C   Income Statement (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales | **1a** | | |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Subtract line 1b from line 1a | **1c** | | |
| | **2** | Cost of goods sold | **2** | | |
| | **3** | Gross profit (subtract line 2 from line 1c) | **3** | | |
| | **4** | Dividends | **4** | | |
| | **5** | Interest | **5** | | |
| | **6a** | Gross rents | **6a** | | |
| | **b** | Gross royalties and license fees | **6b** | | |
| | **7** | Net gain or (loss) on sale of capital assets | **7** | | |
| | **8a** | Foreign currency transaction gain or loss—unrealized | **8a** | | |
| | **b** | Foreign currency transaction gain or loss—realized | **8b** | | |
| | **9** | Other income (attach statement) | **9** | | |
| | **10** | Total income (add lines 3 through 9) | **10** | | |
| **Deductions** | **11** | Compensation not deducted elsewhere | **11** | | |
| | **12a** | Rents | **12a** | | |
| | **b** | Royalties and license fees | **12b** | | |
| | **13** | Interest | **13** | | |
| | **14** | Depreciation not deducted elsewhere | **14** | | |
| | **15** | Depletion | **15** | | |
| | **16** | Taxes (exclude income tax expense (benefit)) | **16** | | |
| SEE STMT | **17** | Other deductions (attach statement—exclude income tax expense (benefit)) | **17** | 696. | 745. |
| | **18** | Total deductions (add lines 11 through 17) | **18** | 696. | 745. |
| **Net Income** | **19** | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | **19** | -696. | -745. |
| | **20** | Unusual or infrequently occurring items | **20** | | |
| | **21a** | Income tax expense (benefit)—current | **21a** | | |
| | **b** | Income tax expense (benefit)—deferred | **21b** | | |
| | **22** | Current year net income or (loss) per books (combine lines 19 through 21b) | **22** | -696. | -745. |
| **Other Comprehensive Income** | **23a** | Foreign currency translation adjustments | **23a** | | |
| | **b** | Other | **23b** | | |
| | **c** | Income tax expense (benefit) related to other comprehensive income | **23c** | | |
| | **24** | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | **24** | | |

**BAA**          REV 07/14/23 PRO          Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                          Page **4**

## Schedule F   Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 2,529. | 0. |
| 2a | Trade notes and accounts receivable | 2a | 1,312. | 0. |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) . . . SEE STMT | 5 | 2,431. | 0. |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) | 7 | | |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | | |
| b | Less accumulated depreciation | 9b | ( ) | ( ) |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | 2,394. | 0. |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( 2,217.) | ( 0.) |
| 13 | Other assets (attach statement) | 13 | | |
| 14 | Total assets | 14 | 6,449. | 0. |
| | **Liabilities and Shareholders' Equity** | | | |
| 15 | Accounts payable | 15 | 7,248. | 0. |
| 16 | Other current liabilities (attach statement) . . . SEE STMT | 16 | 86,585. | 88,129. |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | | |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | −87,384. | −88,129. |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | 6,449. | 0. |

## Schedule G   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? . . . . | | × |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? . . . . . . . . | | × |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? . . . . | | × |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? . . . . | | × |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . $ | | |
| c | Enter the total amount of the base erosion tax benefits . . . . . . . . . . $ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? . . . . . . . . . . . . . | | × |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . $ | | |

BAA                                        REV 07/14/23 PRO                        Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                     Page **5**

## Schedule G  Other Information *(continued)*

|  |  | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? . . . . . . . . . . . . . . . . . . |  | × |
|  | If "Yes," complete lines 6b, 6c, and 6d. See instructions. |  |  |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . $ |  |  |
| **c** | Enter the amount of gross receipts derived from all sales of intangible property to the foreign corporation that the filer included in its computation of FDDEI . . . . . . . . . . . . . . . $ |  |  |
| **d** | Enter the amount of gross receipts derived from all services provided to the foreign corporation that the filer included in its computation of FDDEI . . . . . . . . . . . . . . . . . $ |  |  |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement? . . . . . . |  | × |
|  | If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. |  |  |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . |  | × |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the tax year? . . . . . . . . |  | × |
|  | If "Yes," go to line 9b. |  |  |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year |  |  |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | × |
|  | If "Yes," see instructions and attach statement. |  |  |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? . . . . . . . . . . . . . . . . . . . . . . . . . |  | × |
|  | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). |  |  |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? . . . . . . . . . . . . . . . . . . . . . . . . . |  | × |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . |  | × |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . |  | × |
|  | If "Yes," enter the corresponding code(s) from the instructions and attach statement |  |  |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)? . . . . |  | × |
|  | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . $ |  |  |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)? . . . . . . . . . . . . . . . . . . . |  | × |
|  | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . $ |  |  |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . |  | × |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . |  | × |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . |  | × |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . |  | × |
| **b** | If the answer to question 19a is "Yes," provide the following. |  |  |
|  | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . $ |  |  |
|  | **(2)** The amount of such related party indebtedness . . . . . . . . . . . . $ |  |  |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                     Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder                  Identifying number

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) . | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) . | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) . | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) . . . . . . . | **2** | |
| **3** | Reserved for future use . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Factoring income . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) . . . . . . . . . . . . | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) . . . . . . . . . . . | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) . . . . . . . . . . . . | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) . . . . . . . . . . . . . | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d . . . . . . . . . . . . | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits . . . . . . . | **6** | |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . | | × |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . | | × |

If the answer to either question is "Yes," attach an explanation.

| | | | |
|---|---|---|---|
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . | | × |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $_____

BAA                 REV 07/14/23 PRO                 Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                    Page **6**

**Schedule I**   **Summary of Shareholder's Income From Foreign Corporation** (see instructions)

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder                                                    Identifying number

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions)  . | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A)  .  . | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A)  . | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B)  .  .  .  .  .  .  .  . | **2** | |
| **3** | Reserved for future use  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **3** | |
| **4** | Factoring income  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions)  .  .  .  .  .  .  .  .  .  .  .  .  . | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions)  .  .  .  .  .  .  .  .  .  .  .  . | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions)  .  .  .  .  .  .  .  .  .  .  .  .  . | **5c** | |
| **d** | Section 245A(e) dividends (see instructions)  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d  .  .  .  .  .  .  .  .  .  .  .  .  . | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits  .  .  .  .  .  . | **6** | |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked?  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))?  .  .  .  .  .  .  . | | × |
| | If the answer to either question is "Yes," attach an explanation. | | |
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year $_____ and at the end of the tax year $_____. Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $_____

BAA                                       REV 07/14/23 PRO                   Form **5471** (Rev. 12-2022)

# Form 5471 Worksheet

| Name | Identifying number |
|------|--------------------|
| IPWE, INC. | 82-4014619 |

| Business Name | EIN | Missing EIN Reason Code |
|---------------|-----|-------------------------|
| IPWE (FRANCE) | | |

## Item B    Category 3 Filer Statement

Type of Indebtedness _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Amount of Indebtedness _ _ _ _ _ _ _ _ _ .
Business Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
US Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
US City _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   State _ _ _   ZIP Code _ _ _ _ _ _ _ _ _ _
Foreign Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Foreign City _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Province _ _ _ _ _ _ _ _ _ _ _ _
Foreign Country _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Postal Code _ _ _ _ _ _ _ _ _ _ .
SSN _ _ _ _ _ _ _ _ _   EIN _ _ _ _ _ _ _ _ _ .   Missing EIN Reason Code _ _ _ _ _ _ _ _ _ _ _ _
Number of Shares
Type of Indebtedness _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Amount of Indebtedness _ _ _ _ _ _ _ _ _ .
Business Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
US Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
US City _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   State _ _ _   ZIP Code _ _ _ _ _ _ _ _ _ _
Foreign Address _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Foreign City _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _   Province _ _ _ _ _ _ _ _ _ _ _ _
                                                                    Postal Code _ _ _ _ _ _ _ _ _ _ .
SSN _ _ _ _ _ _ _ _ _   EIN _ _ _ _ _ _ _ _ _ .   Missing EIN Reason Code _ _ _ _ _ _ _ _ _ _ _ _
Number of Shares

## Schedule C    Income Statement

| Line 9 — Other Income: | Foreign Amount | U.S. Dollars |
|------------------------|----------------|--------------|
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule C, line 9 . . . . .** ► | | |

| Line 17 — Other Deductions: | Foreign Amount | U.S. Dollars |
|-----------------------------|----------------|--------------|
| ADMINISTRATIVE COSTS | 696. | 745. |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule C, line 17 . . . .** ► | 696. | 745. |

## Schedule F    Balance Sheet

| Line 5 — Other Current Assets: | Amount at the Beginning of Annual Accounting Period | Amount at the End of Annual Accounting Period |
|--------------------------------|-----------------------------------------------------|-----------------------------------------------|
| VAT RECEIVABLES | 2,431. | 0. |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 5 . . . . .** ► | 2,431. | 0. |

IPWE, INC.                                                          82-4014619          Page **2**

| **Schedule F, Continued**   Balance Sheet | | |
| --- | --- | --- |
| **Line 7 — Investment in Subsidiaries:** | Amount at the Beginning of Annual Accounting Period | Amount at the End of Annual Accounting Period |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 7** . . . . . ▶ | | |
| **Line 8 — Other Investments:** | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 8** . . . . . ▶ | | |
| **Line 13 — Other Assets:** | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 13** . . . . ▶ | | |
| **Line 16 — Other Current Liabilities:** | | |
| INTER-COMPANY PAYABLE | 86,585. | 88,129. |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 16** . . . . ▶ | 86,585. | 88,129. |
| **Line 19 — Other Liabilities:** | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 19** . . . . ▶ | | |
| **Line 21 — Paid-in or Capital Surplus:** | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 5471, Schedule F, line 21** . . . . ▶ | | |

IPWE, INC.                                                                    82-4014619                    Page 3

## Schedule G    Other Information

### Line 1 — Foreign Partnership

| Name | SSN | EIN or EIN Missing Code | Other Forms Filed | Tax Matter Partner Name | Foreign Partnership Tax Year Beginning Date and End Date |
|------|-----|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### Line 3 — Foreign Entity

| Business Name | Country Code | SSN | EIN | EIN Missing Code |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### Line 10 — Expatriated Foreign Subsidiaries

| Inverted Corporation Business Name | Relationship Description |
|------|------|
|  |  |
|  |  |
|  |  |

### Line 14 — Corresponding Codes

If you entered "Yes," to any of the questions in the instructions for line 14, check the corresponding code(s) per the instructions and enter the associated amounts.

| | Code | Description | Amount |
|---|------|-------------|--------|
| 1 | DM | De minimis | |
| 2 | HT | High Tax | |
| 3 | DED | Deductions taken into account | |
| 4 | AHC | Active/hedging commodities | |
| 5 | BN | Business needs | |
| 6 | ARR | Active rents/royalties | |
| 7 | EF | Certain export financing | |
| 8 | RD | Regular dealers | |
| 9 | SD | Securities dealers | |
| 10 | SCDI | Same country dividends/interest | |
| 11 | SCRR | Same country rents/royalties | |
| 12 | LT | Look through | |
| 13 | AC | Agricultural commodities | |
| 14 | SCM | Same country manufacturing | |
| 15 | SCSU | Same country sales/use | |
| 16 | PM | Physical manufacturing | |
| 17 | SC | Substantial contribution | |
| 18 | BR | Branch | |
| 19 | AF | Active financing | |
| 20 | AI | Active insurance | |
| 21 | EP | Earnings & profits limitation | |
| 22 | XX | Other | |

## Continuation Statement                    2022

| Name(s) | Social Security Number |
|---|---|
| IPWE, INC. | 82-4014619 |

Foreign corporation name        IPWE (FRANCE)

Form/Part:        Form 5471, Schedule B                     Part I
Explanation of:        U.S. Shareholders of Foreign Corporation
Shareholder name        IPWE INC

| **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
|---|---|---|
| COMMON | 1 | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Form 1120, Line 29a**  **Net Operating Loss Worksheet**  **2022**

| Name | Employer Identification Number |
|---|---|
| IPWE, INC. | 82-4014619 |

### Important Information
### Tax Cuts and Jobs Act (TCJA)

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

### NOLs under Tax Cuts and Jobs Act of 2017 Smart Worksheet

**A** Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . ► Yes ☐  No ☐
**B** If "Yes" to line A, is the business electing out of the two year carryback?. . . . . . ► Yes ☐  No ☐
**QuickZoom** to Election Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _____
**QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**

| NOL Carryover Year | A Carryover | B Less Carrybacks | C Adjusted Carryover |
|---|---|---|---|
| 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ | _____ | _____ |
| Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 | | | |
| 2016 | | | |
| 2015 | | | |
| 2014 | | | |
| 2013 | | | |
| 2012 | | | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| Totals | | | |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| Totals | | | |

IPWE, INC.                                                        82-4014619

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2021 | | | | | | |
| 2020 | | | | | | |
| 2019 | | | | | | |
| 2018 | | | | | | |
| 2017 | | | | | | |
| 2016 | | | | | | |
| 2015 | | | | | | |
| 2014 | | | | | | |
| 2013 | | | | | | |
| 2012 | | | | | | |
| 2011 | | | | | | |
| 2010 | | | | | | |
| 2009 | | | | | | |
| 2008 | | | | | | |
| 2007 | | | | | | |
| 2006 | | | | | | |
| 2005 | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | | |
| 2002 | | | | | | |
| Totals | | | | | | |

Less: Carryover expiring due to 20-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Add: Current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5,372,511.
Less:  Carryback of current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . .
Net operating loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5,372,511.

# Additional Information From 2022 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**

**Other Deductions**                                                                          **Continuation Statement**

| Description | Amount |
|---|---:|
| BANK CHARGES | 7,601 |
| COMMISSIONS | 23,675 |
| DUES AND SUBSCRIPTIONS | 262,088 |
| INSURANCE | 172,214 |
| LEGAL AND PROFESSIONAL | 2,500,192 |
| MEALS (100%) | 1,166 |
| MISCELLANEOUS | 14,110 |
| OFFICE EXPENSE | 13,500 |
| PERMITS AND FEES | 109,649 |
| POSTAGE | 2,690 |
| TELEPHONE | 8,627 |
| TRAVEL | 138,313 |
| CONFERENCES | 15,077 |
| APPLICATION DEVELOPMENT | 935,007 |
| RESEARCH | 12,000 |
| PAYROLL EXPENSES | 8,028 |
| RECRUITING | 7,428 |
| FILING FEES | 134 |
| PLATFORM HOSTING | 100,856 |
| **Total** | 4,332,355 |

**Form 5471: Information Return of U.S. Persons With Respect to Certain Foreign Corporations**
**IPWE (FRANCE),  -- Page 3 (Copy 1)**

**Schedule C, Line 17, Other Deductions Statement**                              **Continuation Statement**

| Description | Foreign Amount | Amount |
|---|---:|---:|
| ADMINISTRATIVE COSTS | 696. | 745. |

**Form 5471: Information Return of U.S. Persons With Respect to Certain Foreign Corporations**
**IPWE (FRANCE),  -- Page 4 (Copy 1)**

**Schedule F, Line 5, Other Current Assets**                                            **Continuation Statement**

| Description | Beginning Amount | Ending Amount |
|---|---:|---:|
| VAT RECEIVABLES | 2,431. | 0. |

**IPWE, INC.**                                                                    **82-4014619**                    **2**

**Form 5471: Information Return of U.S. Persons With Respect to Certain Foreign Corporations**
**IPWE (FRANCE),  -- Page 4 (Copy 1)**
**Schedule F, Line 16,  Other Current Liabilities Statement**                              **Continuation Statement**

| Description | Beginning Amount | Ending Amount |
|---|---|---|
| INTER-COMPANY PAYABLE | 86,585. | 88,129. |

**Fill in this information to identify the case:**

Debtor name    **IPwe, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/24/2024     x *Leann M. Pinto*

Signature of individual signing on behalf of debtor

**Leann M. Pinto**
Printed name

**CEO**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re __IPwe, Inc._____     Case No. _____

Debtor(s)     Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 75,000.00 |
| Prior to the filing of this statement I have received | $ | 75,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____1/24/2024_____        /s/ Ronald S. Gellert
_Date_                                      **Ronald S. Gellert**
                                            _Signature of Attorney_
                                            **Gellert Scali Busenkell & Brown, LLC**
                                            **1201 N. Orange Street**
                                            **Suite 300**
                                            **Wilmington, DE 19801**
                                            **(302) 425-5806**
                                            **rgellert@gsbblaw.com**
                                            _Name of law firm_

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IPwe, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | ☐ Check if this is an<br>amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ANDERSEN TAX LLC**<br>**333 Bush St. Ste. 1700**<br>**San Francisco, CA 94104** | | **Vendor** | | | | **$30,000.00** |
| **BRADLEY ROTTER**<br>**18009 Heard Loop**<br>**Austin, TX 78738** | | **Contract** | **Disputed** | | | **$84,057.00** |
| **CRUNCHBASE, INC.**<br>**564 Market Street, Ste. 500**<br>**San Francisco, CA 94104-5415** | | **Negotiated agreement** | **Disputed** | | | **$10,000.00** |
| **DLA PIPER**<br>**4365 Executive Dr. # 1100**<br>**San Diego, CA 92121** | | **Vendor** | | | | **$11,240.00** |
| **EISNER ADVISORY GROUP LLC**<br>**733 3rd Ave**<br>**New York, NY 10017** | | **Vendor** | | | | **$26,390.00** |
| **FACTSET RESEARCH SYSTEMS LLC**<br>**PO Box 414756**<br>**Boston, MA 02241** | | **Vendor** | | | | **$60,300.00** |
| **Fairview Research, LLC**<br>**195 Church Street, 11th Fl.**<br>**New Haven, CT 06510** | | **Vendor** | | | | **$11,694.00** |
| **Gartner Inc.**<br>**56 Top Gallant Rd.**<br>**Stamford, CT 06902-7700** | | **Subscription** | **Disputed** | | | **$154,578.88** |

| Debtor | IPwe, Inc. | | Case number *(if known)* | |
|--------|-----------|--|--------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IBM INC. 590 Madison Avenue New York, NY 10022 | | Vendor | Disputed | | | $1,382,499.00 |
| INSTINCTOOLS LTD 12430 Park Potomac Ave. Unit 122 Potomac, MD 20854 | | Vendor | | | | $222,897.00 |
| INTERNATIONAL PATENT REVIEWS LLC 3232 McKinney Avenue, Ste. 500 Dallas, TX 75214 | | Vendor | | | | $14,000.00 |
| ITRANSITION, INC. vulica Kulman 1 Minsk 220013 Belarus | | Vendor | | | | $45,409.00 |
| MICHEL BOTBOL 115 Central Park West New York, NY 10023 | | Employment agreement | Disputed | | | $300,000.00 |
| OLIVO IP GROUP INC. 9440 Santa Monica Blvd. Ste 301 Beverly Hills, CA 90210 | | Vendor | | | | $166,774.00 |
| QEBI Inc. 757 SE 17TH St. #539 Fort Lauderdale, FL 33316 | | Contract | Disputed | | | $350,000.00 |
| Reed Smith LLP Attn: Herbert F. Kozlov,Esq. 599 Lexington Ave. Fl. 22 New York, NY 10022 | | Vendor | | | | $654,913.49 |
| ROYALTYSTAT LLC 6931 Arlington Rd, #580 Bethesda, MD 20814 | | Vendor | | | | $22,500.00 |
| Scale AI, Inc. 155 5th Street 6th Floor San Francisco, CA 94103 | | Vendor | Disputed | | | $197,727.00 |

Debtor    **IPwe, Inc.**                                                          Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Skansense**<br>**Ronda de Segovia**<br>**44, 2D**<br>**28005 Madrid**<br>**Spain** | | **Contract** | **Disputed** | | | **$50,000.00** |
| **U.S. Small Business Administration**<br>**SBA Disaster Loan Service Center**<br>**1545 Hawkins Blvd, Ste 202**<br>**El Paso, TX 79925-2652** | | **SBA Loan # 6320167406** | | | | **$146,426.06** |

**Fill in this information to identify the case:**

Debtor name    **IPwe, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................................    $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................    $     **156,169.86**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................    $     **156,169.86**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **3,305,215.15**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **27,500.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **3,959,661.43**

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $    **7,292,376.58**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **IPwe, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. **Wells Fargo** | **Non-Personal Checking** | 9490 | $49.54 |
| 3.2. **Wells Fargo** | **Non-Personal Checking** | 8865 | $1.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                    | $50.54 |
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. **Fairview Research/IFI** | $6,119.32 |
|---|---|

Debtor **IPwe, Inc.**  
Name

Case number *(If known)* _____

---

9. **Total of Part 2.** | **$6,119.32**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.  
   ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.  
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity: | % of ownership | |

|  | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| 15.1. | **IPwe China** | **95** % | | Unknown |
| 15.2. | **IPwe Japan** | **95** % | | Unknown |
| 15.3. | **25,000 shares of Crown Electrokinetics Corp** | % | | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
   Describe:

17. **Total of Part 4.** | **$0.00**
   Add lines 14 through 16.  Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.  
   ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.  
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

---

Debtor　**IPwe, Inc.**　　　　　　　　　　　　Case number *(If known)* _____
　　　　　　Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　■ No. Go to Part 8.
　☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　■ No. Go to Part 9.
　☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

　■ No. Go to Part 10.
　☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

　☐ No. Go to Part 11.
　■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** See attachment | Unknown | | Unknown |
| 61. | **Internet domain names and websites** www.ipwe.com | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** Licenses - subscriptions | Unknown | | Unknown |
| | Continuing license | $150,000.00 | | $150,000.00 |
| 63. | **Customer lists, mailing lists, or other compilations** customer lists | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

　　Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$150,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　■ No
　☐ Yes

Debtor    **IPwe, Inc.**_____    Case number *(If known)* _____
          Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor    **IPwe, Inc.**                                              Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,119.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $156,169.86 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $156,169.86 |

**Fill in this information to identify the case:**

Debtor name   **IPwe, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Granicus IP LLC** | Describe debtor's property that is subject to a lien | $2,322,215.15 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All tangible personal property and intangibles** | | |

**2633 McKinney Ave.**
**STE 130-740**
**Dallas, TX 75204**
Creditor's mailing address

Describe the lien
**Promissory Note**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/14/19-12/12/23**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Marshall and Hall Consulting LLC** | Describe debtor's property that is subject to a lien | $983,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All Accounts, Goods,  and Intangibles** | | |

**6605 Abercorn, Suite 204**
**Savannah, GA 31405**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/19/21-11/01/21**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor   **IPwe, Inc.**
_____    Case number (if known) _____
Name

■ No                         ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$3,305,215.15** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
|  |  |  |

| Fill in this information to identify the case: |
|---|

Debtor name **IPwe, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Brian Berman**<br>**41 SE 5th St. Apt. 1312**<br>**Miami, FL 33131** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| Date or dates debt was incurred<br>**12/5/2023-1/15/2024** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Howard Goodman**<br>**1701 Timber Edge Dr.**<br>**McKinney, TX 75072** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 | $2,500.00 |
| Date or dates debt was incurred<br>**12/5/2023-1/15/2024** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

51816

| Debtor | **IPwe, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Joseph Ghally**
**13901 Midway Rd**
**Suite 102-211**
**Dallas, TX 75244**

Date or dates debt was incurred
**12/5/2023-1/15/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2,500.00    $2,500.00

---

**2.4**

Priority creditor's name and mailing address

**Leann Pinto**
**20 Ruthven Pl**
**Summit, NJ 07901**

Date or dates debt was incurred
**12/5/2023-1/15/2024**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$20,000.00    $15,150.00

---

<h2>Part 2:    List All Creditors with NONPRIORITY Unsecured Claims</h2>

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address

**ANDERSEN TAX LLC**
**333 Bush St. Ste. 1700**
**San Francisco, CA 94104**

Date(s) debt was incurred  10/31/22

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

$30,000.00

---

**3.2**

Nonpriority creditor's name and mailing address

**BRADLEY ROTTER**
**18009 Heard Loop**
**Austin, TX 78738**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset?  ■ No  ☐ Yes

$84,057.00

---

**3.3**

Nonpriority creditor's name and mailing address

**CRUNCHBASE, INC.**
**564 Market Street, Ste. 500**
**San Francisco, CA 94104-5415**

Date(s) debt was incurred  12/31/22

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Negotiated agreement**

Is the claim subject to offset?  ■ No  ☐ Yes

$10,000.00

---

| Debtor | IPwe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,240.00 |
|---|---|---|---|

**DLA PIPER**
**4365 Executive Dr. # 1100**
**San Diego, CA 92121**

Date(s) debt was incurred  12/12/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,390.00 |
|---|---|---|---|

**EISNER ADVISORY GROUP LLC**
**733 3rd Ave**
**New York, NY 10017**

Date(s) debt was incurred  3/31/22

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,300.00 |
|---|---|---|---|

**FACTSET RESEARCH SYSTEMS LLC**
**PO Box 414756**
**Boston, MA 02241**

Date(s) debt was incurred  6/1/23-1/2/24

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,694.00 |
|---|---|---|---|

**Fairview Research, LLC**
**195 Church Street, 11th Fl.**
**New Haven, CT 06510**

Date(s) debt was incurred  8/25/23

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**FOREGROUND ADVISORS**
**Calle del Pinar 5**
**28006, Madrid**
**Spain**

Date(s) debt was incurred  9/29/23

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,578.88 |
|---|---|---|---|

**Gartner Inc.**
**56 Top Gallant Rd.**
**Stamford, CT 06902-7700**

Date(s) debt was incurred  10/3/23

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subscription**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**HEA LAW PLLC**
**8000 Towers Crescent Dr.**
**Vienna, VA 22182**

Date(s) debt was incurred  9/6/23

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **IPwe, Inc.**
_____
Name

Case number (if known) _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,382,499.00 |

**3.11**
Nonpriority creditor's name and mailing address
**IBM INC.**
**590 Madison Avenue**
**New York, NY 10022**

Date(s) debt was incurred  **5/1/21-6/1/22**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$1,382,499.00

---

**3.12**
Nonpriority creditor's name and mailing address
**INSTINCTOOLS LTD**
**12430 Park Potomac Ave.**
**Unit 122**
**Potomac, MD 20854**

Date(s) debt was incurred  **2/2/23-11/6/23**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$222,897.00

---

**3.13**
Nonpriority creditor's name and mailing address
**INTERNATIONAL PATENT REVIEWS LLC**
**3232 McKinney Avenue, Ste. 500**
**Dallas, TX 75214**

Date(s) debt was incurred  **8/1/23**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$14,000.00

---

**3.14**
Nonpriority creditor's name and mailing address
**ITRANSITION, INC.**
**vulica Kulman 1**
**Minsk 220013**
**Belarus**

Date(s) debt was incurred  **6/9/21-8/10/21**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$45,409.00

---

**3.15**
Nonpriority creditor's name and mailing address
**MICHEL BOTBOL**
**115 Central Park West**
**New York, NY 10023**

Date(s) debt was incurred  **4/2/23**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Employment agreement**

Is the claim subject to offset? ☑ No  ☐ Yes

$300,000.00

---

**3.16**
Nonpriority creditor's name and mailing address
**OLIVO IP GROUP INC.**
**9440 Santa Monica Blvd.**
**Ste 301**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  **8/22/22-12/20/23**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$166,774.00

---

**3.17**
Nonpriority creditor's name and mailing address
**QEBI Inc.**
**757 SE 17TH St. #539**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **5/16/23**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Contract**

Is the claim subject to offset? ☑ No  ☐ Yes

$350,000.00

---

| Debtor | IPwe, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$654,913.49**

Reed Smith LLP
Attn: Herbert F. Kozlov,Esq.
599 Lexington Ave. Fl. 22
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,500.00**

ROYALTYSTAT LLC
6931 Arlington Rd, #580
Bethesda, MD 20814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/17/23-12/17/23

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,396.00**

Salesforce, Inc.
Salesforce Tower
Attn:Gregory Stepanian
415 Mission Street, 3rd Fl.
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,727.00**

Scale AI, Inc.
155 5th Street
6th Floor
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00**

SHAKED & CO. LAW OFFICES
Electra Building
98 Yigal Alon Street
Tel Aviv 67891
Israel

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/23-3/2/23

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

Skansense
Ronda de Segovia 44, 2D
28005 Madrid
Spain

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/1/23

Basis for the claim:  __Contract__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,426.06**

U.S. Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd, Ste 202
El Paso, TX 79925-2652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __SBA Loan # 6320167406__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **IPwe, Inc.**
_____
Name

Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Connor Huydic**<br>**Shipman & Goodwin LLP**<br>**One Constitution Plaza**<br>**Hartford, CT 06103-1919** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 27,500.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,959,661.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,987,161.43 |

| Fill in this information to identify the case: |
|---|

Debtor name **IPwe, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Commercial alliance agreement- Commercial Use - Platform Enhancement Nov. 2027** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Clarivate Analytics (UK) Limited** <br> **Attn: Legal** <br> **3133 W Frye Rd.** <br> **Chandler, AZ 85226** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Software subscription license agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **FactSet Research Systems Inc.** <br> **45 Glover Avenue** <br> **7th Fl.** <br> **Norwalk, CT 06850** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Software subscription license agreement** <br><br> State the term remaining **06/24/2028** <br><br> List the contract number of any government contract | **Fairview Research, LLC** <br> **195 Church Street, 11th Fl.** <br> **New Haven, CT 06510** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **software and consulting subscription services** <br><br> State the term remaining **02/28/2025** <br><br> List the contract number of any government contract | **Gartner Inc.** <br> **13200 Paul J Doherty Pkwy** <br> **Fort Myers, FL 33913** |

Debtor 1   **IPwe, Inc.**                                                Case number *(if known)* _____
　　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest **Software Development Debt Settlement agreement**

State the term remaining

List the contract number of any government contract

**Instinctools
Lermontova 29-2, 230029
Grodno
Belarus**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest **Consulting agreement**

State the term remaining

List the contract number of any government contract

**JONAS BLOCK
Heinrich-Könn-Str. 261
40625 Du¨sseldorf
Germany**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest **Consulting agreement**

State the term remaining

List the contract number of any government contract

**NATHAN BOHN (BSOIR SASU)
16 rue Lagrange
75005 Paris
France**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest **Consulting agreement**

State the term remaining

List the contract number of any government contract

**PETROS KARYPIS
8889 Caminito Plaza Centro
Apt 7302
San Diego, CA 92122**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest **referral fee agreement**

State the term remaining **05/16/2024**

List the contract number of any government contract

**QEBI Inc.
757 SE 17TH St. #539
Fort Lauderdale, FL 33316**

---

| Debtor 1 | **IPwe, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Content license agreement** | |
|---|---|---|---|
| | State the term remaining | **12/16/2024** | **RoyaltyStat LLC** |
| | List the contract number of any government contract | | **20 S Charles St. Ste 403** <br> **#933** <br> **Baltimore, MD 21201** |

**Fill in this information to identify the case:**

Debtor name      **IPwe, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ <br> City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **IPwe, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,595,400.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$366,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **IPwe, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Instinctools** **Lermontova 29-2, 230029** **Grodno** **Belarus** | 10/20/2023 | $15,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. **Small Business Administration** | | $2,193.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Trisura Specialty Insurance Company** | | $3,619.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Blue Cross Blue Shield Texas** | | $25,012.42 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leann Pinto** **20 Ruthven Pl** **Summit, NJ 07901** **CEO** | 1/15/23-11/30 /2023 | $118,750.00 | **Salary** |
| 4.2. **Erich Spangenberg** **Former CEO** | | $20,000.00 | **Salary** |
| 4.3. **Leann Pinto** **20 Ruthven Pl** **Summit, NJ 07901** **CEO** | | $158,424.25 | **Expense reimbursements** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **IPwe, Inc.**                                                   Case number *(if known)*

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **IPwe, Inc.**                                                        Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange Street** **Suite 300** **Wilmington, DE 19801** | | **1/9/2024** | **$25,000.00** |
| | **Email or website address** **rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange Street** **Suite 300** **Wilmington, DE 19801** | | **1/23/2024** | **$50,000.00** |
| | **Email or website address** **rgellert@gsbblaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **IPwe, Inc.** _____   Case number *(if known)* _____

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **IPWE INC., 401(K) PLAN** | EIN: |

   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|
   | | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☐ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|
   | | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | IPwe, Inc. | Case number *(if known)* | |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

Debtor    **IPwe, Inc.**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. **IPwe SAS** | **French subsidiary, located in Paris** | EIN: |
| | | From-To    **June 2018 to January 2024** |
| 25.2. **IPwe Japan** | **Japan subsidiary; located in Tokyo** | EIN: |
| | | From-To    **Deember 2022 - present** |
| 25.3. **IPwe China** | | EIN: |
| | | From-To    **January 2020- present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Howard M Goodman CPA** <br> **5900 S Lake Forest Dr.** <br> **Suite 3000** <br> **McKinney, TX 75070** | **1/1/2017-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **EisnerAmper LLP** <br> **733 Third Avenue** <br> **New York, NY 10017-2703** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Howard M Goodman CPA** <br> **5900 S Lake Forest Dr.** <br> **Suite 3000** <br> **McKinney, TX 75070** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor   **IPwe, Inc.** _____   Case number _(if known)_ _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leann Pinto | 20 Ruthven Pl Summit, NJ 07901 | CEO, nonstatutory stock options | 700,000 nonstatutory stock options |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Erich Spangenberg | | CEO | 1/2018-4/2023 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Erich Spangenberg | $20,000.00 | 1/2023-4/2023 | Salary |
| | **Relationship to debtor** Majority Shareholder and Former CEO | | | |
| 30.2. | Leann Pinto 20 Ruthven Pl Summit, NJ 07901 | $118,750 | 1/15/2023-11/30/2023 | Salary |
| | **Relationship to debtor** CEO | | | |
| 30.3. | Leann Pinto 20 Ruthven Pl Summit, NJ 07901 | $158,424.25 | | Expense reimbursements |
| | **Relationship to debtor** CEO | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Debtor    **IPwe, Inc.**                                                  Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/24/2024
                    _____

*Leann M. Pinto*                                          **Leann M. Pinto**
_____                                   Printed name
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **CEO**
                                        _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re   **IPwe, Inc.**                     Case No. _____

                           Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **ELS 1960 Family LP**<br>**2633 McKinney Avenue**<br>**Suite 130-740**<br>**Dallas, TX 75204** | | **27.1** | |
| **See Attachment** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   01/24/2024                  Signature   *Leann M. Pinto*

                                                **Leann M. Pinto**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Company | Contact | Percentage Held (%) |
|---|---|---|
| 24th Parallel Holdings | BJ Lamarche | 2.7 |
| 2L Investments | Jonathan Smith | 0.0002 |
| AA Manifest LLC | Angel Fumagalli | 0.1 |
| Adam Gerchen | Adam Gerchen | 0.2 |
| Adam Mortara | Adam Mortara | 0.5 |
| Advasa | Itaru Inaho | 1 |
| Alpana Ventures | Guillaume Marit | 1.3 |
| Andrea Kanter | Andrea Kanter | 0.1 |
| Arvind Kolluru | Arvind Kolluru | 0.01 |
| Ashley Keller | Ashley Keller | 0.7 |
| Bernard Heffernan | Bernard Heffernan | 0.3 |
| BKW Group LLC | Bill Kerrigan | 0.5 |
| Blue Palm Capital LLC | Omar Bakr | 1.5 |
| Brad Rotter | Brad Rotter | 1.75 |
| Christy Hui | Christy Hui | 0.02 |
| Camelot UK BidCo Limited | Jonathan Gear | 9.8 |
| Corner Sky | Jane Mathieu | 2.8 |
| Dainter Investments Pty Ltd | Tom Dainter | 0.5 |
| David Walton | David Walton | 0.1 |
| ELS 1960 Family LP | Erich Spangenberg | 27.1 |
| Flying Point Industries | Gaurav Arora | 0.5 |
| Four Kids Investment Fund LLC | Jonathan Honig | 0.3 |
| FVIMF, SA (Fuel Venture Capital) | Juan Pablo ("JP") Miro | 0.3 |
| Garvey Ventures | Mette May Bryan | 0.1 |
| Jason R. DeYonker 2011 Living Trust | Jason DeYonker | 0.1 |
| Jay and Kimberly Katari Trusts | Jay Katari | 0.1 |
| Kim Hui | Kim Hui | 0.3 |
| Lash 290 West LLC | Sara Alemzadeh | 0.2 |
| Marshall and Hall Consulting LLC | Corby Marshall | 0.3 |
| Maunalua Bay Capital | Steve Baker | 0.1 |
| Mundorado, S.A. | Eduardo Salume | 0.4 |
| NS Family Trust | Abe Burns | 2.5 |
| Raptor Group | Christopher Pallotta | 1 |
| RHC Master LLC | John ("JD") Morris | 0.3 |
| Ricardo Jimenez Hernandez | Ricardo Jimenez Hernandez | 0.3 |
| Richard Smith | Richard Smith | 0.2 |
| StartEngine | Nicole Fallon | 0.8 |
| Stephanie Fisher | Stephanie Fisher | 0.1 |
| Tareyton Venture Partners MicroFund I, L.P | Tarey Gettys | 0.1 |
| Travis Lenkner | Travis Lenkner | 0.3 |
| Venture Investment Group XI | Nichole Ibrahim | 0.1 |
| VPP Holdings II LLC | Andrea Kanter | 0.3 |
| Ward Rotter | Ward Rotter | 1.15 |
| Yeoman's Capital | Kristin Hora | 0.03 |
| Anatole Krattiger | Anatole Krattiger | 0.2 |
| Austin Stewart 401K Trust | Austin Stewart | 0.03 |
| Chau Living Trust | Derek Chau | 0.1 |
| Dan Bork | Dan Bork | 3.2 |
| Doug Croxall | Doug Croxall | 0.4 |
| Eric Darmstaedter | Eric Darmstaedter | 0.03 |
| Evan Murphy | Evan Murphy | 0.0075 |
| FOUNDERSX FUND A, L.P. | Helen Liang | 0.5 |
| G14M2 Investors, L.L.C. | Derek Arend | 0.4 |
| Galloway Limited | Jim Mellon | 0.3 |
| Gremes, Inc. | Gert Gremes | 0.1 |
| Hawaii Angels | Clif Purkiser | 0.03 |
| Henry Wong Family Trust DTD 6/10/04 | Henry Wong | 0.1 |
| Houghton Street Ventures | Veronika Kapustina | 0.5 |
| James Murphy | James Murphy | 1.1 |
| JYKB Investments LLC | Kimberly Bazar | 0.1 |
| Kevin Johnson | Kevin Johnson | 0.1 |
| McDonald Family LLC | Brion McDonald | 0.1 |
| Michael Rapoport | Michael Rapoport | 0.1 |
| Pascal Asselot | Pascal Asselot | 3.2 |
| Plug & Play Venture Group, LLC | Hafez Shahabi | 0.4 |
| Robert Robinson | Robert Robinson | 0.03 |
| Sichenza Ross Ference LLP | Greg Sichenzia | 0.1 |
| Sunny Ridge Family LP | Christian Spangenberg | 0.2 |
| The Clouin Living Trust, Established 12/09/2016 | Pierre-Henri Clouin | 0.1 |
| William Tai | William Tai | 0.1 |

**United States Bankruptcy Court**
**District of Delaware**

In re   **IPwe, Inc.**
_____
Debtor(s)

Case No. _____
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   01/24/2024

**Leann M. Pinto**/**CEO**
Signer/Title

IPWE, INC.
2515 MCKINNEY AVENUE
SUITE 100B
DALLAS, TX 75201
.

DLA PIPER
4365 EXECUTIVE DR. # 1100
SAN DIEGO, CA 92121

HOWARD GOODMAN
1701 TIMBER EDGE DR.
MCKINNEY, TX 75072

RONALD S. GELLERT
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

EISNER ADVISORY GROUP LLC
733 3RD AVE
NEW YORK, NY 10017

IBM INC.
590 MADISON AVENUE
NEW YORK, NY 10022

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

FACTSET RESEARCH SYSTEMS INC.
45 GLOVER AVENUE
7TH FL.
NORWALK, CT 06850

INSTINCTOOLS
LERMONTOVA 29-2, 230029
GRODNO
BELARUS

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
ATTN: EDWARD KOSMOWSKI
820 N. FRENCH ST., 8TH FLOOR
WILMINGTON, DE 19801

FACTSET RESEARCH SYSTEMS LLC
PO BOX 414756
BOSTON, MA 02241

INSTINCTOOLS LTD
12430 PARK POTOMAC AVE.
UNIT 122
POTOMAC, MD 20854

ANDERSEN TAX LLC
333 BUSH ST. STE. 1700
SAN FRANCISCO, CA 94104

FAIRVIEW RESEARCH, LLC
195 CHURCH STREET, 11TH FL.
NEW HAVEN, CT 06510

INTERNATIONAL PATENT REVIEW LL
3232 MCKINNEY AVENUE, STE. 50
DALLAS, TX 75214

BRADLEY ROTTER
18009 HEARD LOOP
AUSTIN, TX 78738

FOREGROUND ADVISORS
CALLE DEL PINAR 5
28006, MADRID
SPAIN

ITRANSITION, INC.
VULICA KULMAN 1
MINSK 220013
BELARUS

BRIAN BERMAN
41 SE 5TH ST. APT. 1312
MIAMI, FL 33131

GARTNER INC.
56 TOP GALLANT RD.
STAMFORD, CT 06902-7700

JONAS BLOCK
HEINRICH-KöNN-STR. 261
40625 DU¨SSELDORF
GERMANY

CLARIVATE ANALYTICS (UK) LIMITED
ATTN: LEGAL
3133 W FRYE RD.
CHANDLER, AZ 85226

GARTNER INC.
13200 PAUL J DOHERTY PKWY
FORT MYERS, FL 33913

JOSEPH GHALLY
13901 MIDWAY RD
SUITE 102-211
DALLAS, TX 75244

CONNOR HUYDIC
SHIPMAN & GOODWIN LLP
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

GRANICUS IP LLC
2633 MCKINNEY AVE.
STE 130-740
DALLAS, TX 75204

LEANN PINTO
20 RUTHVEN PL
SUMMIT, NJ 07901

CRUNCHBASE, INC.
564 MARKET STREET, STE. 500
SAN FRANCISCO, CA 94104-5415

HEA LAW PLLC
8000 TOWERS CRESCENT DR.
VIENNA, VA 22182

MARSHALL AND HALL CONSULT LL
6605 ABERCORN, SUITE 204
SAVANNAH, GA 31405

MICHEL BOTBOL
115 CENTRAL PARK WEST
NEW YORK, NY 10023

SHAKED & CO. LAW OFFICES
ELECTRA BUILDING
98 YIGAL ALON STREET
TEL AVIV 67891
ISRAEL

NATHAN BOHN (BSOIR SASU)
16 RUE LAGRANGE
75005 PARIS
FRANCE

SKANSENSE
RONDA DE SEGOVIA 44, 2D
28005 MADRID
SPAIN

OLIVO IP GROUP INC.
9440 SANTA MONICA BLVD.
STE 301
BEVERLY HILLS, CA 90210

U.S. SMALL BUSINESS ADMINISTRATION
SBA DISASTER LOAN SERVICE CENTER
1545 HAWKINS BLVD, STE 202
EL PASO, TX 79925-2652

PETROS KARYPIS
8889 CAMINITO PLAZA CENTRO
APT 7302
SAN DIEGO, CA 92122

QEBI INC.
757 SE 17TH ST. #539
FORT LAUDERDALE, FL 33316

REED SMITH LLP
ATTN: HERBERT F. KOZLOV,ESQ.
599 LEXINGTON AVE. FL. 22
NEW YORK, NY 10022

ROYALTYSTAT LLC
6931 ARLINGTON RD, #580
BETHESDA, MD 20814

ROYALTYSTAT LLC
20 S CHARLES ST. STE 403
#933
BALTIMORE, MD 21201

SALESFORCE, INC.
SALESFORCE TOWER
ATTN:GREGORY STEPANIAN
415 MISSION STREET, 3RD FL.
SAN FRANCISCO, CA 94105

SCALE AI, INC.
155 5TH STREET
6TH FLOOR
SAN FRANCISCO, CA 94103

# United States Bankruptcy Court
## District of Delaware

In re  **IPwe, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**IPwe, Inc.**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**ELS 1960 Family LP
2633 McKinney Avenue
Suite 130-740
Dallas, TX 75204**

☐ None [*Check if applicable*]

1/24/2024

Date

/s/ Ronald S. Gellert

**Ronald S. Gellert**

Signature of Attorney or Litigant

Counsel for   **IPwe, Inc.**

**Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
(302) 425-5806
rgellert@gsbblaw.com**