**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IPwe, Inc., | Case No. 24-10078 (CTG) |
| Debtor. | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 26, 2024**
**AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE**
**HONORABLE CRAIG T. GOLDBLATT, U.S. BANKRUPTCY COURT JUDGE,**
**U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR,**
**COURTROOM 7, WILMINGTON, DELAWARE**

---

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING IS CANCELLED WITH THE COURT'S PERMISSION.**

---

**CONTINUED MATTER:**

1.      Debtor's Motion for Entry of An Order (A) Approving Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (B) Approving The Form And Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Establishing Procedures for the Assumption and Assignment of Executory Contracts, Including Notice of Proposed Cure Amounts, and (E) Granting Related Relief [Docket No. 13; filed: 01/24/24]

Response Deadline:  March 15, 2024, at 4:00 p.m. (ET); extended to March 29, 2024 at 4:00 p.m. with respect to Gartner, Inc.

Responses Received:

A.      Informal response from Gartner, Inc.

Related Documents:

B.      Order (A) Approving Bid Procedures in Connection with the Sale of Debtor's Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Establishing Procedures for the Assumption and Assignment [sic] of Executory Contracts, Including Notice of Proposed Cure Amounts; (E)Granting Related Relief [Docket No. 40; signed and docketed: 02/13/24]

C.      Notice of Sale by Auction, Sale Hearing, and Designation of Stalking Horse Bidder [Docket No. 49; filed: 02/16/24]

D.  Notice of Potential Contract Assumption and Assignment [Docket No. 53; filed: 02/26/24]

Status:  This matter is continued to a date to be determined.

Dated:  March 22, 2024

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Email: evan.miller@saul.com

-and-

Jorge Garcia (*pro hac vice* forthcoming)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 428-4500
Email: jorge.garcia@saul.com

*Proposed Counsel for George L. Miller, in his capacity as Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| IPwe, Inc., | Case No. 24-10078 (CTG) |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, certify that on March 22, 2024, I caused a true and correct copy of the *Notice of Agenda for Hearing Scheduled for March 26, 2024, at 1:00 p.m. (Prevailing Eastern Time) Before the Honorable Craig T. Goldblatt, U.S. Bankruptcy Court Judge, U.S. Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware* to be served via CM/ECF upon all parties receiving electronic notification and via first class mail upon the parties on the attached Service List.

Dated:  March 22, 2024

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Email: evan.miller@saul.com

3

## Service List

### Via First Class Mail

Andersen Tax LLC
333 Bush St. Ste. 1700
San Francisco, CA 94104

Bradley Rotter
18009 Heard Loop
Austin, TX 78738

Crunchbase, Inc.
564 Market Street, Ste. 500
San Francisco, CA 94104-5415

DLA Piper
4365 Executive Dr. #1100
San Diego, CA 92121

Eisner Advisory Group LLC
733 3rd Ave
New York, NY 10017

Factset Research Systems LLC
PO Box 414756
Boston, MA 02241

Fairview Research, LLC
195 Church Street, 11th Fl.
New Haven, CT 06510

Gartner Inc.
56 Top Gallant Rd.
Stamford, CT 06902-7700

IBM Inc.
590 Madison Avenue
New York, NY 10022

Instinctools Ltd
12430 Park Potomac Ave.
Unit 122
Potomac, MD 20854

International Patent Reviews LLC
3232 Mckinney Avenue, Ste. 500
Dallas, TX 75214

Itransition, Inc.
Vulica Kulman 1
Minsk 220013
Belarus

Michel Botbol
115 Central Park West
New York, NY 10023

Olivo IP Group Inc.
9440 Santa Monica Blvd. Ste 301
Beverly Hills, CA 90210

QEBI Inc.
757 SE 17th St. #539
Fort Lauderdale, FL 33316

Reed Smith LLP
Attn: Herbert F. Kozlov, Esq.
599 Lexington Ave. Fl. 22
New York, NY 10022

Royaltystat LLC
6931 Arlington Rd, #580
Bethesda, MD 20814

Scale AI, Inc.
155 5th Street 6th Floor
San Francisco, CA 94103

U.S. Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd, Suite 202
El Paso, TX 79925-2652

Skansense
Ronda De Segovia
44, 2d
28005 Madrid
Spain

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Granicus IP LLC
2633 McKinney Ave.
STE 130-740
Dallas, TX 75204

Marshall and Hall Consulting LLC
6605 Abercorn, Suite 204
Savannah, GA 31405

Brian Berman
41 SE 5th St. Apt. 1312
Miami, FL 33131

Howard Goodman
1701 Timber Edge Dr.
McKinney, TX 75072

Joseph Ghally
13901 Midway Rd
Suite 102-211
Dallas, TX 75244

Leann Pinto
20 Ruthven Pl
Summit, NJ 07901

Foreground Advisors
Calle del Pinar 5
28006, Madrid
Spain

Hea Law PLLC
8000 Towers Crescent Dr.
Vienna, VA 22182

Salesforce, Inc.
Salesforce Tower
Attn:Gregory Stepanian
415 Mission Street, 3rd Fl.
San Francisco, CA 94105

Shaked & Co. Law Offices
Electra Building
98 Yigal Alon Street
Tel Aviv 67891
Israel

Connor Huydic
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, Texas 78711-3528

Delaware Division of Revenue
820 N. French Street
Wilmington, DE  19801

Kathy Jennings - Attorney General
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Ken Paxton
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Clarivate Analytics (UK) Limited
Attn: Legal
3133 W Frye Rd.
Chandler, AZ 85226

Petros Karypis
8889 Caminito Plaza Centro
Apt 7302
San Diego, CA 92122

Jonas Block
Heinrich-Könn-Str. 261
40625 Du¨sseldorf
Germany

Nathan Bohn (Bsoir Sasu)
16 rue Lagrange
75005 Paris
France

Rosa Sierra-Fox Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

David M. Klauder, Esq.
Bielli & Klauder LLC
1204 N. King Street
Wilmington, DE 19801

24th Parallel Holdings
BJ Lamarche
2305 Cedar Springs Rd # 400
Dallas, TX 75201

2L Investments
Jonathan Smith
20335 Ventura Boulevard, Suite 203
Woodland Hills, CA 91364

AA Manifest LLC
Angel Fumagalli
c/o CitiMED
152 NE 167 St., Suite 100
North Miami FL 33162

Adam Gerchen
c/o Keller Postman
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606

Adam Mortara
6449 Penrose Dr
Brentwood, TN 37027

Advasa
Itaru Inaho
Akasaka K Tower 4F, 1-2-7
Motoakasaka, Minato-ku
Tokyo,107-0051
JAPAN

Alpana Ventures
Guillaume Marit
Rue de la Tour-de-l'Ile
1204 Geneva
SWITZERLAND

Andrea Kanter
c/o Starboard Value
777 Third Avenue, 18th Floor
New York, NY 10017

Arvind Kolluru
1040 Carnelian Terrace
Union City, CA 94587

Ashley Keller
c/o Keller Postman
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606

Bernard Heffernan
620 E Dilido Dr.
Miami Beach 33139

BKW Group LLC
Bill Kerrigan
c/o 3 Mountains Plumbing
9800 Southeast McBrod Avenue
Milwaukie, OR 97222

Blue Palm Capital LLC
Omar Bakr
30 N Gould St STE R
Sheridan, WY 82801-6317

Brad Rotter
18009 Heard Loop
Austin, TX 78738

Christy Hui
970 W Broadway STE E 256
Jackson, WY 83002

Camelot UK BidCo Limited
Jonathan Gear
Waterview III Building, Suite 525
8000 S, Chester Street
Centennial, CO 80112

Corner Sky
Jane Mathieu
809 Broadway, 12th Floor
New York, NY 10003

Dainter Investments Pty Ltd
Tom Dainter
2/24 Thornleigh Crescent
Varsity Lakes, Qld 4227
AUSTRALIA

David Walton
602 N Las Palmas Ave
Los Angeles, CA 90004

ELS 1960 Family LP
Erich Spangenberg
2633 McKinney Avenue, Suite 130-740
Dallas, Texas 75204

Flying Point Industries
Gaurav Arora
1325 Avenue of the Americas, 28th Floor
New York, NY, 10019

Four Kids Investment Fund LLC
Jonathan Honig
5825 Windsor Court
Boca Raton, FL 33496

FVIMF, SA (Fuel Venture Capital)
Juan Pablo ("JP") Miro
2901 Florida Ave, Suite 840
Miami, FL 33133

Garvey Ventures
Mette May Bryan
300 W Douglas Avenue, Suite 1050
Wichita, KS 67202

Jason R. DeYonker 2011 Living Trust
Jason DeYonker
c/o Forte Capital Advisors
200 Vesey St, Floor 24
New York, NY 10281-5509

Jay and Kimberly Katari Trusts
Jay Katari
255 SE Wavecrest Way
Boca Raton, FL 33432

Kim Hui
2832 Bentley Way
Diamond Bar, CA  91765

Lash 290 West LLC
Sara Alemzadeh
290 West Street, Apt. 6A
New York, NY 10013

Marshall and Hall Consulting LLC
Corby Marshall
6605 Abercorn, Ste 204
Savannah GA 31405

Maunalua Bay Capital
Steve Baker
5857 Kalanianaole Highway
Honolulu, HI 96821

Mundorado, S.A.
Eduardo Salume
Duplex No. 6, Obarrio, 61st Street
PANAMA

NS Family Trust
Abe Burns
c/o Bia-Echo Foundation
135 N Sierra St Unit #40370
Reno, NV 89504-2619

Raptor Group
Christopher Pallotta
401 W 14th Street, 4th Floor
New York, NY, 10014

RHC Master LLC
John ("JD") Morris
249 Highway 101
Solana Beach, CA 92075

Ricardo Jimenez Hernandez
10050 Great Hills Trl. Apt 826
Austin, Texas, 78759

Richard Smith
c/o Foundation for the Study of Cycles
1187 Coast Village Road
Santa Barbara, CA 93108

StartEngine
Nicole Fallon
3900 W Alameda Ave, Suite 1200
Burbank, CA 91505

Stephanie Fisher
8150 SW 72nd Ave Apt 1614
Miami, FL 33143

Tareyton Venture Partners MicroFund I, L.P
Tarey Gettys
3801 Westchester Road
Durham, NC 27707

Travis Lenkner
1358 N State Parkway
Chicago IL 60610

Venture Investment Group XI
Nichole Ibrahim
c/o Aelion Group
152 NE 167th Street, Suite 500
North Miami Beach, FL 33162

VPP Holdings II LLC
Andrea Kanter
c/o Starboard Value
777 Third Avenue, 18th Floor
New York, NY 10017

Ward Rotter
1018 Ave Ashford Apt 9B
San Juan, Puerto Rico 00907

Yeoman's Capital
Kristin Hora
7320 N Mo Pac Expy, Suite 100
Austin, Texas 78731

Anatole Krattiger
Arnikastrasse 35
4125 Riehen
SWITZERLAND

Austin Stewart 401K Trust
Austin Stewart
660 Georgia Avenue
Palo Alto, CA 94306

Chau Living Trust
Derek Chau
215 La Salle Ave
Piedmont, CA 94610

Dan Bork
14 Sanborn Rd.
East Kingston, NH 03827

Doug Croxall
c/o Crown Electrokinetics
1110 NE Circle Blvd.
Corvallis Oregon 97330

Eric Darmstaedter
140 Aunauna Street
Kailua, HI 96734

Evan Murphy
373 Blanton Road NW
Atlanta GA 30342

FOUNDERSX FUND A, L.P.
Helen Liang
3000 Sand Hill Road, #3-110
Menlo Park, CA 94025

G14M2 Investors, L.L.C.
Derek Arend
350 S. Maine Ave, Suite 403
Sioux Falls, SD 57104

Galloway Limited
Jim Mellon
P.O. Box 3186, Road Town
Tortola
BRITISH VIRGIN ISLAND

Gremes, Inc.
Gert Gremes
10835 Santa Monica Blvd.
Los Angeles, CA 90025

Hawaii Angels
Clif Purkiser
1605 Quincy Place
Honolul, HI 96016

Henry Wong Family Trust DTD 6/10/04
Henry Wong
640 Fairmede Ave
Palo Alto, CA 94306-4301

Houghton Street Ventures
Veronika Kapustina
2275 Broadway, Apt 311
San Francisco, CA 94115

James Murphy
The Black Church St Marys Place North
Dublin 7 Dublin
D07 P4AX
IRELAND

JYKB Investments LLC
Kimberly Bazar
800 Berkeley Ave
Menlo Park, CA 94025

Kevin Johnson
c/o Quinn Emanuel
555 Twin Dolphin #5
Redwood City, CA 94065

McDonald Family LLC
Brion McDonald
2183 Park Blvd.
Palo Alto, CA 94306

Michael Rapoport
9701 Collins Ave, 1902-S
Bal Harbour, FL 33154

Pascal Asselot
69B Boulevard de Courcelles
Paris
France 75008

Plug & Play Venture Group, LLC
Hafez Shahabi
440 N. Wolfe Road
Sunnyvale, CA 94085

Robert Robinson
133 Kailulu Way
Kailua, HI 96734-1678

Sichenza Ross Ference LLP
Greg Sichenzia
1185 Avenue of the Americas, 37th Floor
New York, NY 10036

Sunny Ridge Family LP
Christian Spangenberg
2633 McKinney Avenue, Suite 130-740
Dallas, Texas 75204

The Clouin Living Trust, Established 12/09/2016
Pierre-Henri Clouin
1058 Loma Verde Ave
Palo Alto, CA 94303

William Tai
225 Hanna Way
Menlo Park, CA 94025