**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IPwe, Inc.,[1]<br><br>                Debtor. | Chapter 7<br><br>Case No. 24-10078 (CTG)<br><br>Objection Deadline: July 10, 2024 at 5:00 p.m. (ET)<br>Sale Hearing Date: July 24, 2024 at 10:30 a.m. (ET)<br><br>Related to D.I. 87 and 97 |

## NOTICE OF POTENTIAL CONTRACT ASSUMPTION AND ASSIGNMENT

**PLEASE TAKE NOTICE** that on May 9, 2024, George L. Miller, the duly appointed Chapter 7 Trustee for the above-captioned case ("**Trustee**"), filed a *Motion For Sale of Property Free and Clear of Liens Motion of George L. Miller, Chapter 7 Trustee, for Entry of: (A) an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Assets, (II) Scheduling an Auction for and Hearing to Approve Sale, (III) Approving Notice of Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Related Relief* [D.I. 87] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the sale proceeds, except as set forth in the applicable Purchase Agreement and subject to higher or otherwise better offers (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on May 23, 2024, the Court entered an order (the "**Bid Procedures Order**") [D.I. 97] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bid Procedures (the "**Bid Procedures**") for the Sale of the Assets; and (b) procedures for the assumption and assignment of the Contracts (the "**Assumption Procedures**").

**PLEASE TAKE FURTHER NOTICE** that the Trustee will seek approval of the Sale at a hearing scheduled to commence on or before **July 23, 2024 at 10:30 a.m.** **(ET)** (the "**Sale**

---

[1]     The last four digits of the Debtor's federal tax identification number are 4619. The Debtor's address is 2515 McKinney Avenue, Suite 100B, Dallas, Texas 75201.

**Hearing**") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, at Courtroom No. 7, 824 N. Market St., 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that you are receiving this notice (the "**Contract Notice**") because you or one of your affiliates may be a counterparty to one or more of the Contracts with the Debtor as set forth on Exhibit A attached hereto (the "**Contract Schedule**")[2]. If the Court enters the Sale Order, the Trustee may assume and assign to a Successful Bidder selected at the Auction or reject the Contract listed on the Contract Schedule, to which you are a counterparty, either as of the Closing Date or a later date pursuant to the Successful Bidder Purchase Agreement.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that the cure amounts necessary to cure all defaults, if any, and to pay all actual or pecuniary loses that have resulted from such defaults under the Contracts (the "**Cure Amounts**") are in the total amount as set forth on the Contract Schedule attached hereto as **Exhibit A**.

### Obtaining Additional Information

Copies of the Motion, Bid Procedures, and Bid Procedures Order, as well as all related exhibits, including the proposed Sale Order, are available: (a) upon counsel to the Trustee at Saul Ewing LLP, Evan T. Miller (evan.miller@saul.com; 302-421-6864), and Jorge Garcia (jorge.garcia@saul.com, 305-428-4525) or (b) for a fee via PACER by visiting https://ecf.deb.uscourts.gov/.

### Filing Assumption and Assignment Objections

Pursuant to the Assumption Procedures, objections to the proposed assumption and assignment of an Assigned Contract, including any objection relating to the Cure Amount and/or adequate assurance of future performance (collectively, a "**Contract Objection**"), must: (a) be in writing; (b) state with specificity the nature of such objection and alleged Cure Amount, including applicable and appropriate documentation in support of such alleged Cure Amount; (c) comply with the Bankruptcy Rules and the Local Rules; (d) for Contract Objections to any Cure Amount set forth on **Exhibit A** attached hereto or to the assumption and assignment of an Assigned Contract to the Successful Bidder, be filed with the Court and served so as to be actually received by 4:00 p.m. (ET) fourteen days from service of this notice; and (e) for Contract Objections to the adequate assurance of future performance by a Qualified Bidder, be filed with the Court and served so as to be actually received at or prior to the objection deadline, which is **July 10, 2024 at 5:00 P.M. (ET)** pursuant to the Bid Procedures Order.

---

[2] This Contract Notice is being sent to counterparties to contracts that may be executory contracts. This Contract Notice is not an admission by the Trustee that such contract is executory or unexpired.

| |
|---|
| Counsel to the Chapter 7 Trustee |
| Saul Ewing LLP<br>Evan T. Miller (DE Bar No. 5364)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>evan.miller@saul.com<br><br>-and-<br><br>Saul Ewing LLP<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>jorge.garcia@saul.com |
| The United States Trustee |
| Office of the United States Trustee for the<br>District of Delaware<br>J. Caleb Boggs Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Attn: Richard L. Schepacarter, Esq. |

If any timely filed Contract Objection cannot be resolved by the Successful Bidder arising from the Auction, if any, and the objecting party, the Court shall resolve such Contract Objection prior to assumption and assignment of such designated Contract, and upon entry of an order by the Court resolving such Contract Objection, the assignment, if approved by the Court, shall be deemed effective as of the date such objecting party receives the Assumption Notice. To the extent that any Contract Objection cannot be resolved by the parties, such Contract shall be assumed and assigned only upon satisfactory resolution of the Contract Objection, to be determined in the reasonable discretion of the Successful Bidder arising from the Auction, if any, and until such time as the Contract Objection can be resolved, the Contract shall be conditionally assumed and assigned pending a resolution of the Contract Objection after notice and a hearing.

**CONSEQUENCES OF FAILING TO TIMELY FILE AND SERVE AN OBJECTION**

**ANY COUNTERPARTY TO AN ASSIGNED CONTRACT WHO FAILS TO TIMELY FILE AND SERVE AN OBJECTION TO THE PROPOSED ASSUMPTION AND ASSIGNMENT OF AN ASSIGNED CONTRACT AND/OR THE CURE AMOUNT SET FORTH ON EXHIBIT A ATTACHED HERETO IN ACCORDANCE WITH THE BID PROCEDURES ORDER AND THE ASSUMPTION PROCEDURES SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE ASSUMPTION AND ASSIGNMENT OF THE ASSIGNED CONTRACT AND/OR THE CURE AMOUNT**

52545141.3

**SET FORTH ON EXHIBIT A ATTACHED HERETO, INCLUDING ASSERTING ADDITIONAL CURE AMOUNTS WITH RESPECT TO THE ASSIGNED CONTRACT RELATING TO ANY PERIOD PRIOR TO THE TIME OF ASSUMPTION AND ASSIGNMENT.**

Dated:  June 28, 2024

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6800
Email: evan.miller@saul.com

-and-

Jorge Garcia (*pro hac vice* forthcoming)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 428-4500
Email: jorge.garcia@saul.com

*Counsel for George L. Miller, in his capacity as Chapter 7 Trustee*

52545141.3

## Exhibit A

### Assigned Contracts[3]

| Debtor | Counterparty | Description of Assigned Contract or Lease | Cure Amount |
|---|---|---|---|
| IPwe, Inc. | Clarivate Analytics (UK) Limited<br>Attn: Legal<br>3133 W Frye Rd.<br>Chandler, AZ 85226 | Commercial alliance agreement- Commercial Use - Platform Enhancement | $0 |
| IPwe, Inc. | FactSet Research Systems Inc.<br>45 Glover Avenue 7th Fl.<br>Norwalk, CT 06850 | Software Subscription License Agreement | $60,300.00 |
| IPwe, Inc. | Fairview Research, LLC<br>195 Church Street, 11th Fl.<br>New Haven, CT 06510 | Software Subscription License Agreement | $11,694.00 |
| IPwe, Inc. | Instinctools<br>12430 Park Potomac Ave, Unit 122<br>Potomac, MD 20854 | Software Development Debt Settlement Agreement | $222,897.00 |
| IPwe, Inc. | Jonas Block<br>Heinrich-Könn-Str. 261<br>40625 Düsseldorf<br>Germany | Consulting agreement | $0 |
| IPwe, Inc. | Nathan Bohn<br>(BSOIR SASU)<br>16 rue Lagrange<br>75005 Paris<br>France | Consulting agreement | $0 |
| IPwe, Inc. | Petros Karypis<br>8889 Caminito Plaza Centro<br>Apt 7302<br>San Diego, CA 92122 | Consulting agreement | $0 |
| IPwe, Inc. | QEBI Inc.<br>757 SE 17TH St. #539<br>Fort Lauderdale, FL 33316 | Referral Fee Agreement | $0 |
| IPwe, Inc. | RoyaltyStat LLC<br>20 S Charles St. Ste 403 #933<br>Baltimore, MD 21201 | Content License Agreement | $22,500.00 |

---

[3] The presence of a contract or lease on this Exhibit A does not constitute an admission by the Trustee that such contract is an executory contract or such lease is an unexpired lease pursuant to section 365 of the Bankruptcy Code or any other applicable law, and the Trustee reserves all rights to withdraw any proposed assumption and assignment or to reject any contract or lease at any time before such contract or lease is assumed and assigned pursuant to an order of the Court.

5

52545141.3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> IPwe, Inc., <br><br> Debtor. | Chapter 7 <br><br> Case No. 24-10078 (CTG) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 28th day of June, 2024 on all parties listed to receive electronic notice in this matter via the Court's E-Filing system CM/ECF and via USPS First Class Mail upon all parties listed on the attached Exhibit A.

/s/ Evan T. Miller
Evan T. Miller

52545141.3