IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IPwe, Inc.,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-10078 (CTG)<br><br>**Related to D.I. 87 and 97** |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on May 9, 2024, George L. Miller, the duly appointed Trustee, ("**Trustee**") filed a *Motion of George L. Miller, Chapter 7 Trustee, for Entry of: (A) an Order (I) Approving Bid Procedures in Connection with the Sale of the Debtor's Assets, (II) Scheduling an Auction for and Hearing to Approve Sale, (III) Approving Notice of Auction and Sale Hearing, (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving Form and Manner of Notice Thereof, and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests, (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (III) Related Relief* [Docket No. 87] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking, among other things, entry of an order (the "**Sale Order**") authorizing and approving: (a) the sale of Debtor's assets (the "**Assets**") free and clear of liens, claims, encumbrances, and other interests, with all such liens, claims, encumbrances, and other interests attaching with the same validity and priority to the sale proceeds, except as set forth in the applicable Purchase Agreement and subject to higher or otherwise better offers (the "**Sale**"); and (b) procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "**Contracts**"). Please note that all capitalized terms used but not defined herein shall have the meanings set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that on May 23, 2024, the Bankruptcy Court entered an order (the "**Bid Procedures Order**") [Docket No. 97] granting certain of the relief sought in the Motion, including, among other things, approving: (a) the Bid Procedures (the "**Bid Procedures**") for the Sale of the Assets; and (b) procedures for the assumption and assignment of the Contracts (the "**Assumption Procedures**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures, the Bid Deadline was set for **July 16, 2024 at 5:00 p.m. (ET)**.

---

[1] The last four digits of the Debtor's federal tax identification number are 4619. The Debtor's address is 2515 McKinney Avenue, Suite 100B, Dallas, Texas 75201.

52666338.2

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures, the Trustee received two Qualified Bids.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures, the Trustee held an Auction attended by the two Qualified Bidders. The Auction resulted in Urbana Partners, LLC being selected as the winning bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bid Procedures, Granicus IP, LLC is the Next-Highest Bidder with respect to the Assets.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will seek approval of the sale of the Assets to Urbana Partners, LLC at a hearing scheduled to commence on **July 29, 2024 at 10:00 a.m. (ET)** (the "**Sale Hearing**") before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the Bankruptcy Court for the District of Delaware, 824 N. Market Street, Third Floor, Courtroom 7, Wilmington, DE 19801.

Dated: July 18, 2024

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: evan.miller@saul.com

-and-

Jorge Garcia (*pro hac vice* forthcoming)
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 428-4500
Email: jorge.garcia@saul.com

*Counsel for George L. Miller, in his capacity as Chapter 7 Trustee*